```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 20092
  REBECCA VIVIAN ALLEN
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

         Debtor
  SSN XXX-XX-9583


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/29/2007 and was not confirmed.

     The case was dismissed without confirmation 02/04/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
--------------------------------------------------------------------------
PORTFOLIO RECOVERY ASSOC  UNSECURED      2418.56          .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED       291.00          .00           .00
ACC INTERNATIONAL         UNSECURED     NOT FILED         .00           .00
AMERICAN COLLECTION       UNSECURED     NOT FILED         .00           .00
AMERIARE COV              UNSECURED     NOT FILED         .00           .00
AMERIARE COV              UNSECURED     NOT FILED         .00           .00
ASSET ACCEPTANCE LLC      UNSECURED     NOT FILED         .00           .00
CHECKRITE RECOVERY SERVI  UNSECURED     NOT FILED         .00           .00
CITY OF CHICAGO PARKING   UNSECURED     NOT FILED         .00           .00
CREDIT PROTECTION ASSOC   UNSECURED     NOT FILED         .00           .00
DEPENDON COLLECTION       UNSECURED     NOT FILED         .00           .00
GLENWOOD SOUTH            UNSECURED      2145.00          .00           .00
HELVEY & ASSOC            UNSECURED     NOT FILED         .00           .00
ECAST                     UNSECURED       228.87          .00           .00
ILLINOIS COLLECTION SERV  UNSECURED     NOT FILED         .00           .00
ILLINOIS COLLECTION SERV  UNSECURED     NOT FILED         .00           .00
ILLINOIS DEPARTMENT OF U  UNSECURED     NOT FILED         .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED       452.01          .00           .00
MUNCIPAL COLLECTION SERV  UNSECURED     NOT FILED         .00           .00
PARAGON PARKWAY           UNSECURED     NOT FILED         .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED     NOT FILED         .00           .00
PROF ADJ COR              UNSECURED     NOT FILED         .00           .00
RIVER AUTO GROUP LTD      UNSECURED     NOT FILED         .00           .00
SANTA BARBARA BANK & TRU  UNSECURED       550.00          .00           .00
SOUTHWEST CREDIT          UNSECURED     NOT FILED         .00           .00
SUNRISE CREDIT SERVICES   UNSECURED     NOT FILED         .00           .00
TRANSWORLD SYSTEMS        UNSECURED     NOT FILED         .00           .00
VERIZON WIRELESS          UNSECURED     NOT FILED         .00           .00
WEST ASSET MANAGEMENT     UNSECURED     NOT FILED         .00           .00
T MOBILE                  UNSECURED       278.98          .00           .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT   143.00          .00         119.60
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY    3,500.00                       .00
TOM VAUGHN                TRUSTEE                                     10.40
DEBTOR REFUND             REFUND                                        .00


                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 20092 REBECCA VIVIAN ALLEN
```

```
    Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   130.00

PRIORITY                                           119.60
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                10.40
DEBTOR REFUND                                         .00
                        ---------------      ---------------
TOTALS                    130.00                   130.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


    Dated: 05/23/08                /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE